IRVING H. NOTTINGHAM, Respondent, v. MAUD BLAIR NOTTINGHAM, Defendant, and LESLIE J. SCHUYLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and·Crosby, JJ.

TIMOTHY F. KELLEHER, Respondent, v. M. SAMUELS & COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ST. FRANCIS ASYLUM OF BUFFALO, Respondent, v. MARTIN L. VAN NAMEE and Another, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs· and disbursements. All concur, except Crosby, J., who dissents and votes for reversal. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [132 Misc. 387.]

WILLIAM H. HUBBARD, Respondent, v. OHIO FARMERS INSURANCE COMPANY OF LEROY, OHIO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JAMES R. DIXON, Appellant, Respondent, v. MOSES ACEE and Others, Respondents, Appellants.— Judgment and orders affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JENNIE L. CANFIELD, Respondent, v. ELMER E. HARRIS & COMPANY, Appellant. — Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

LEO GILMAN, an Infant, etc., Respondent, v. EDGAR N. FOX, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PETER GILMAN, Respondent, v. EDGAR N. FOX, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH DONATO, Respondent, v. JOHN E. PITMAN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SAMUEL HARRIMAN, an Infant, etc., Respondent, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

SAMUEL HARRIMAN, Respondent, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FRANK E. GOODJON, Respondent, v. UNITED BOND AND BUILDING CORPORATION, Appellant. (Action No. 2.) — Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.